AO 451 (Rev. 11/2002) Certification of Judgment for Registration in Another District

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 07CV60613-HUCK/SIMONTON

James J. Bigl, et al.

Plaintiff

v.

X-Treme Aerospace, Inc., et al.

Defendant



mc 08-128

## CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

I, STEVEN M. LARIMORE, Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on 2/5/2008, as it appears in the records of this court, and that

* "no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed."

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court.

6/20/2008
Date

Steven M. Larimore
Clerk

(By) Deputy Clerk

*Insert the appropriate language: . . . "no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.". . . "no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]."... "an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]." . . . "an appeal was taken form this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-60613 CIV – HUCK/ SIMONTON

JAMES J. BIGL as Trustee for the JAMES J. BIGL REVOCABLE TRUST, JANICE DIMONACO and GEORGE BENGSTON,

Plaintiffs,

v.

X-TREME AEROSPACE, INC., a Delaware corporation, CANYON OIL CORPORATION, a Nevada corporation, d/b/a CANYON CONSULTING GROUP, JOHN M. GOODWIN A/K/A JOHN M. GOODWIN FALLSTROM, GLENN CAUTHREN and CRAIG TALESMAN,

Defendants.
_____/

**CLOSED CIVIL CASE**

## CONSENT FINAL JUDGMENT FOR DAMAGES AND INJUNCTION

Plaintiffs, JAMES J. BIGL as Trustee for the JAMES J. BIGL REVOCABLE TRUST, JANICE DIMONACO, and GEORGE BENGSTON and Defendants, X-TREME AEROSPACE, INC., JOHN M. GOODWIN, and GLENN CAUTHREN, have consented to the entry of this Final Judgment. Therefore,

It is adjudged that Plaintiff, James J. Bigl, as Trustee for the James J. Bigl Revocable Trust, recover from Defendants, X-TREME AEROSPACE, INC., JOHN M. GOODWIN, and GLENN CAUTHREN, jointly and severally, pursuant to that certain promissory note and Counts VII, VIII, IX, X, XI, XIII and XIV of the Amended Complaint, the sum of $590,434.47 (which sum includes pre-judgment interest), with interest accruing in accordance with 28 U.S.C.§1961

from the date hereof. Execution on this Final Judgment shall issue 180 days from the date hereof.

It is adjudged that Plaintiff, JAMES J. BIGL as Trustee for the JAMES J. BIGL REVOCABLE TRUST, recover from Defendant, GLENN CAUTHREN pursuant to that certain promissory note and Counts VII, VIII, IX, X, XI, XIII and XIV of the Amended Complaint, the sum of $98,502.20 (which sum includes pre-judgment interest), with interest accruing in accordance with 28 U.S.C.§1961 from the date hereof. Execution on this Final Judgment shall issue 180 days from the date hereof.

It is adjudged that Plaintiffs, JANICE DIMONACO and GEORGE BENGSTON, recover from Defendant, GLENN CAUTHREN, pursuant to that certain promissory note and Counts XIII and XIV of the Amended Complaint, the sum of $106,335.07 (which sum includes pre-judgment interest), with interest accruing in accordance with 28 U.S.C.§1961 from the date hereof. Execution on this Final Judgment shall issue 180 days from the date hereof.

It is adjudged that Plaintiffs, JAMES J. BIGL as Trustee for the JAMES J. BIGL REVOCABLE TRUST, JANICE DIMONACO and GEORGE BENGSTON, additionally recover from Defendants, X-TREME AEROSPACE, INC., JOHN M. GOODWIN, and GLENN CAUTHREN, jointly and severally, pursuant to that certain promissory note and Counts VII, VIII, IX, X, XI, XIII and XIV of the Amended Complaint, reasonable attorneys' fees in the amount of Forty Thousand Dollars, $40,000.00. Execution on this Final Judgment shall issue 180 days from the date hereof.

It is adjudged that Defendants, X-TREME AEROSPACE, INC., JOHN M. GOODWIN, and GLENN CAUTHREN shall each give Plaintiffs sworn income and asset statements, as defined by the Fla. R. Civ. P. 1.560 and Form 1.977, together with all attachments thereto, within

fifteen days of the entry of this Consent Judgment. Defendant, X-TREME AEROSPACE, INC., shall provide Plaintiffs any and all patents and patent applications in its name, within five (5) days of the entry of this Consent Judgment. Defendants' compliance with this paragraph is subject to this Court's contempt power.

Defendants, X-TREME AEROSPACE, INC., JOHN M. GOODWIN, and GLENN CAUTHREN, and all others in active concert and participation with them, are hereby restrained and enjoined solely during the unsatisfied life of this Consent Final Judgment from, directly or indirectly transferring, conveying, pledging, hypothecating, assigning, secreting or otherwise alienating any assets of any nature whatsoever that they own, legally or equitably, or in which the Defendants have a beneficial interest, or taking any actions which would assist others in doing so, outside the ordinary course of business. Upon satisfaction of this Consent Final Judgment, this restraint and injunction shall be void and of no more effect.

Defendant, X-TREME AEROSPACE, INC. and all others in active concert and participation with it, is hereby restrained and enjoined from, solely during the unsatisfied life of this consent final judgment directly or indirectly licensing its technology, intellectual property and any assets, of any nature whatsoever, that it owns, legally or equitably, or in which it has a beneficial interest, or taking any actions which would assist others in doing so, without Plaintiff's, JAMES J. BIGL as Trustee for the JAMES J. BIGL REVOCABLE TRUST consent, which shall not be unreasonably withheld. Upon satisfaction of this Consent Final Judgment this restraint and injunction shall be void and of no more effect.

This injunction shall remain in full force and effect for the earlier of a period of eight (8) months from the date hereof or the satisfaction of the Consent Final Judgment.

3

Plaintiffs voluntarily dismiss with prejudice Counts I, II, III, IV, V and VI. Defendants, X-Treme, Goodwin and Cauthren make no admissions and consent only to the recovery of the above amounts due under the above conditions.

This Court shall retain jurisdiction over this matter to enforce the terms of this Consent Final Judgment and any other relief entered herein.

The foregoing has been voluntarily agreed and consented to by:

| | |
|---|---|
| BECKER & POLIAKOFF, P.A.<br>Attorneys for Plaintiffs<br>3111 Stirling Road, P.O. Box 9057<br>Fort Lauderdale, FL 33310-9057<br>Tel: (954) 987-7550 | SILVERBERG & WEISS, P.A.<br>Attorneys for Defendants, X-Treme Aerospace,<br>Inc., John Goodwin and Glenn Cauthren<br>2665 Executive Park Drive, Suite 2<br>Weston, FL 33331<br>Tel: (954) 384-0998 |
| By: __s/Gary C. Rosen__<br>GARY C. ROSEN, ESQ.<br>Florida Bar No.: 310107 | By: __s/Kraig S. Weiss__<br>KRAIG S. WEISS, ESQ.<br>Florida Bar No.: 63193 |

DONE AND ORDERED this _5_ day of _Feb._, 2008 at _Miami_, Florida.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All Counsel of Record

To Plaintiffs
c/o Gary C. Rosen, Esquire
Becker & Poliakoff, P.A.
3111 Stirling Road
Ft. Lauderdale, Florida 33312

*Certified to be a true and correct copy of the document on file*
*Steven M. Larimore, Clerk*
*U.S. District Court*
*Southern District of Florida*
*By: _____ Deputy Clerk*
*Date: JUN 20 2008*

4

To Defendants, X-Treme Aerospace, Inc.,
John Goodwin and Glenn Cauthren
c/o Kraig S. Weiss, Esquire
Silverberg & Weis, P.A.
2665 Executive Park Drive, Suite 2
Weston, FL  33331


To Defendant, Craig Talesman, *pro se*
385 Oakview Drive
Delray Beach, Florida  33445
Via U.S. Mail